# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-0938
_____

ADRIAN LAMAR GRAHAM,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Shonna Young Gay, Judge.

June 13, 2018

PER CURIAM.

Appellant challenges his judgment and sentence, after jury trial, on one count of battery on a law enforcement officer. He asserts error in the trial court's denial of his motion for judgment of acquittal, denial of a requested jury instruction, exclusion of a video from evidence, and denial of his motion for new trial. However, we do not reach these issues because Appellant also asserts and the State concedes error in the pretrial proceedings under rule 3.212, Florida Rules of Criminal Procedure, which requires reversal.

The record reflects that prior to trial Appellant was found incompetent to proceed to trial due to mental illness. Fla. R. Crim. P. 3.212(c). A subsequent evaluation indicated the

psychologist's opinion that Appellant was competent to proceed. However, the record contains no transcript or other indication of an independent hearing or written order by the court finding that Appellant had been restored to competence prior to the trial.

Under these circumstances, proceeding to trial violated Appellant's due process rights and reversal is required. *Dougherty v. State*, 149 So. 3d 672 (Fla. 2014). The case is remanded for further proceedings in light of *Blaxton v. State*, 188 So. 3d 48 (Fla. 1st DCA 2016) and *Belizaire v. State*, 188 So. 3d 933 (Fla. 1st DCA 2016).

REVERSED and REMANDED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Andy Thomas, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Samuel B. Steinberg, Assistant Attorney General, Tallahassee, for Appellee.